1  ROBERT M. COELHO -- BAR NO. 160583
   SARJU A. NARAN -- BAR NO. 215410
2  HOGE, FENTON, JONES & APPEL, INC.
   Sixty South Market Street, Suite 1400
3  San Jose, California 95113-2396           *E-FILED 2/22/06*
   Phone: (408) 287-9501
4  Fax: (408) 287-2583

5  Attorneys for Defendants
   GENE PARDO, MRS. GENE PARDO,
6  STEPPING STONES GROUP HOME,
   INC., GREEN ACRES GROUP HOME,
7  INC.

8

9  MICHAEL M. HERRICK -- BAR NO. 63666
   HERRICK LAW OFFICES
10 1750 Montgomery Street, #1104
   San Francisco, CA 94111-1063
11 Phone: (415) 781-2804
   Fax: (415) 781-8446
12

13 Attorney for Plaintiff
   JESUS D. LIZARDO
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS D. LIZARDO, | No. C06-00205 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT |
| vs. | |
| GENE BARDO, MRS. GENE BARDO, STEPPING STONES GROUP HOME, INC., GREEN ACRES GROUP HOME, | |
| Defendants. | |

WHEREAS defendant Stepping Stones Group Home, Inc. was served with plaintiff's complaint in this action on January 24, 2006, and defendant Green Acres Group Home, Inc. (erroneously sued as Green Acres Group Home) was served with plaintiff's complaint on January 27, 2006;

-1-

1   WHEREAS said defendants retained the law firm of Hoge, Fenton, Jones & Appel,
2   Inc. on February 9, 2006 to represent them in this action;
3   IT IS HEREBY STIPULATED by and between the parties herein, through their
4   respective counsel, that the time for defendants Stepping Stones Group Home, Inc. and
5   Green Acres Group Home, Inc. to file a responsive pleading to plaintiff's complaint shall be
6   extended until February 28, 2006.
7   DATED: February 21, 2006

HOGE, FENTON, JONES & APPEL, INC.

By _____
Sarju A. Naran
Attorneys for Defendants
GENE PARDO, MRS. GENE PARDO,
STEPPING STONES GROUP HOME,
INC., GREEN ACRES GROUP HOME,
INC.

DATED: **FEB 2 2 2006**

HERRICK LAW OFFICES

By _____
Michael M. Herrick
Attorney for Plaintiff
JESUS D. LIZARDO

[PROPOSED] ORDER

IT IS HEREBY ORDERED that defendants Stepping Stones Group Home, Inc. and Green Acres Group Home, Inc. shall have until February 28, 2006 to file a responsive pleading to plaintiff's complaint.

DATED: 2/22/06

_____
JUDGE OF THE U.S. DISTRICT COURT

-2-
Stipulation and Proposed Order to Extend Time to Respond to Plaintiff's Complaint
\\HFJAFILE\NDrive\PENDING\00076345\Ple\180934.doc