MICHAEL M. HERRICK, Bar No. 63666 (herrick@wagelaw.com)
HERRICK LAW OFFICES
1750 Montgomery Street, # 1104
San Francisco, CA 94111-1063
Telephone:    415.781.2804
Facsimile:    415.781.8446

Attorney for Plaintiff
JESUS D. LIZARDO


ROBERT M. COELHO, Bar No. 160583 (mc@hogefenton.com)
VANESSA R. INNMAN, Bar No. 226748 (vri@hogefenton.com)
HOGE FENTON JONES & APPEL, INC.
60 South Market Street, Suite 1400
San Jose, CA  94113
Telephone:    408.287.9501
Facsimile:    408.287.2583

Attorney for Defendants
GENE PARDO, ANICETA PARDO, STEPPING STONES
GROUP HOME, INC., AND GREEN ACRES GROUP HOME,
INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JESUS D. LIZARDO,<br><br>*Plaintiff,*<br><br>vs.<br><br>GENE PARDO, ANICETA PARDO, STEPPING STONES GROUP HOME, INC., GREEN ACRES GROUP HOME, INC., and Does One through Ten,<br><br>*Defendants.* | Case No.  C06-00205 RS<br><br>**JOINT STIPULATION FOR DISMISSAL AND (PROPOSED) ORDER THEREON** |

    Plaintiff JESUS D. LIZARDO, and Defendants GENE PARDO, ANICETA PARDO, STEPPING STONES GROUP HOME, INC., GREEN ACRES GROUP HOME, INC.. (collectively "the Parties") have entered into a confidential negotiated settlement agreement

---

STIPULATION AND ORDER FOR
DISMISSAL
LIZARDO v. PARDO, Et. Al.

Case No C 06-00205 RS

and general release disposing of this action. Therefore the Parties hereto, by their undersigned counsel for record, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that this action shall be and hereby is dismissed with prejudice.

**SO STIPULATED**

Dated: October  3 , 2006

/ S /
VANESSA R. INMAN, ESQ.
HOGE FENTON JONES & APPEL, INC.
Attorney for Defendants
GENE PARDO, ANICETA PARDO,
STEPPING STONES GROUP HOME, INC.,
AND GREEN ACRES GROUP HOME, INC

Dated: October  3 , 2006

/ S /
MICHAEL M. HERRICK
HERRICK LAW OFFICES
Attorney for Plaintiff
JESUS D. LIZARDO

**IT IS SO ORDERED**

DATED:  October 5, 2006

THE HONORABLE RICARD SEEBORG
UNITED STATES MAGISTRATE JUDGE
UNTIED STATES DISTRICT COURT NORTHERN
DISTRICT OF CALIFORNIA

STIPULATION AND ORDER FOR
DISMISSAL                                                                   2.
LIZARDO v. PARDO, Et. Al.